```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JORDON PICKETPIN,               )
                                )
            Plaintiff,          )         4:05CV3019
                                )
       v.                       )
                                )
BURLINGTON NORTHERN SANTA FE    )         ORDER
CORPORATION,                    )
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

Plaintiff's motion, filing 14, to amend the caption of the complaint is granted. The amended complaint shall be filed within five days.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge