# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JORDAN PICKET PIN, | ) | Case No. 4:05CV3019 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BURLINGTON NORTHERN SANTA FE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the defendant's unopposed Motion to Continue the February 21, 2006 trial date (Filing #30), and consultation with counsel for the parties,

IT IS ORDERED:

1.     Trial of this case is set to commence, at the court's call, beginning on April 3, 2006, before the Honorable Richard G. Kopf, in Courtroom No. 1, United States Courthouse, Lincoln, Nebraska.

2.     The pretrial conference, previously set for February 6, 2006, is continued to March 23, 2006 at 10:00 a.m. before the undersigned magistrate judge.

3.     With the exception of the trial and pretrial conference dates, all other provisions as forth in the September 19, 2005 progression order (filing 26) shall remain in effect.

Dated this 29th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge