```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

JORDON PICKETPIN,              )
                               )
            Plaintiff,         )           4:05CV3019
                               )
       v.                      )
                               )
BURLINGTON NORTHERN SANTA FE   )           ORDER
CORPORATION,                   )
                               )
            Defendant.         )
                               )

   IT IS ORDERED:

   Defendant's motion for continuance, filing 41, is granted, and

   1.  Jury trial is continued to 9:00 a.m., May 30, 2006 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

   2.  The pretrial conference is continued to May 5, 2006 at 1:30 p.m. before the undersigned magistrate judge.

   DATED this 20th day of March, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge