THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JORDAN PICKETPIN, | ) | 4:05CV3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE BURLINGTON NORTHERN | ) | |
| AND SANTA FE RAILWAY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon the defendant's motion for summary judgment (filing 33). Both parties have submitted briefs, and the defendant has submitted evidence in support of its motion.

I have reviewed the briefs and evidence submitted by the parties, and I find that summary judgment should be granted in favor of the defendant. In the interests of judicial economy and to avoid unnecessary trial preparation by the parties, I enter summary judgment today, with a memorandum and order setting forth the court's findings and an accompanying judgment to follow within 30 days.

IT IS ORDERED that Defendant's motion for summary judgment (filing 33) is granted, with a memorandum and order setting forth the court's findings and an accompanying judgment to follow within 30 days.

April 13, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge